IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| RANDALL SCARBOROUGH | * | |
| | * | CIVIL ACTION NO. |
| Plaintiff | * | |
| | * | 6:12-cv-00396-RFD-CMH |
| VERSUS | * | |
| | * | Judge Rebecca F. Doherty |
| INTEGRICERT, LLC | * | Magistrate Judge C. Michael Hill |
| | * | |
| Defendant | * | JURY TRIAL DEMANDED |

**************************************************************************

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND MOTION FOR SANCTIONS

Plaintiff, Randall Scarborough respectfully moves this Court to compel Defendant, IntegriCert, LLC ("IntegriCert"), to appropriately respond to outstanding discovery requests propounded by Plaintiff. Scarborough also requests that this Court impose discovery sanctions against IntegriCert under Rule 37 of the Federal Rules of Civil Procedure.

IntegriCert has failed to adequately respond to discovery requests served by Scarborough for more than a year. The information provided by IntegriCert to date is far from complete and does not provide information which is directly relevant to Scarborough's claims and is clearly discoverable. IntegriCert has refused to clearly identify its contentions or even provide information in support of its contentions, although such discovery is specifically permitted under Rule 33(a)(2) of the Federal Rules of Civil Procedure. IntegriCert has also failed to provide complete information about the sales of its allegedly infringing products and services. That information is directly relevant to Scarborough's damages claim and should long since have been produced. 35 U.S.C. § 284; Fed. R. Civ. P. 26(b).

Rule 37 of the Federal Rules of Civil Procedure empowers this Court to compel the required discovery responses from IntegriCert and to sanction IntegriCert for failing to comply

with proper discovery requests. In fact, "unless the court finds that the opposition to the motion was substantially justified," the award of expenses against a party whose conduct necessitated the motion is mandatory. *Lischka v. Tidewater Svcs., Inc.*, CIV. A. 96-296, 1997 WL 27066 (E.D. La. Jan. 22, 1997). Rule 37(c) also allows this Court to prevent IntegriCert from offering evidence not produced as required during discovery and to impose sanctions to avoid or prevent any further delay of these proceedings.

Wherefore, Plaintiff Randall Scarborough, prays for an Order from this Court compelling IntegriCert to provide discovery which is fully responsive to Scarborough's First Request for Production and First Interrogatories. Plaintiff also requests an Order sanctioning IntegriCert for failing to provide the required discovery. Such sanctions should include an award to Scarborough of his costs and attorneys' fees and an Order precluding IntegriCert from entering into evidence any otherwise responsive information or documentation not already produced in response to Scarborough's outstanding discovery requests.

Respectfully submitted,

/s/ *Holly H. Barnes*
**MATTHEWS LAWSON, PLLC**
Holly H. Barnes
Texas Bar No. 24045451
Guy E. Matthews
Texas Bar No. 1320700
2000 Bering, Suite 700
Houston, Texas 77057
Telephone: (713) 355-4200
Facsimile:  (713) 355-9689
Email: hbarnes@matthewsfirm.com
Email: gmatthews@matthewsfirm.com

and

/s/ Elwood C. Stevens, Jr.
**DOMENGEAUX, WRIGHT, ROY & EDWARDS, LLC**
Bob F. Wright (La. Bar #13,691)
Elwood C. Stevens, Jr. (La. Bar #12,459)
P. O. Box 3668
Jefferson Towers, Suite 500
556 Jefferson Street
Lafayette, LA 70501-3668
Telephone: (337) 233-3033
Facsimile:  (337) 232-8213
Email: bobw@wrightroy.com
Email: elwoods@wrightroy.com

*ATTORNEYS FOR PLAINTIFF
RANDALL SCARBOROUGH*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 9th day of January, 2014.

/s/ *Holly H. Barnes*
Holly H. Barnes

## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendant, IntegriCert, LLC, and I have met and conferred in good faith regarding the issues set forth in this Motion.

/s/ *Holly H. Barnes*
Holly H. Barnes