UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**RANDALL SCARBOROUGH**  CASE NO.  6:12-CV-0396
vs.  MAGISTRATE JUDGE HILL
**INTEGRICERT L L C**  BY CONSENT OF THE PARTIES

MINUTES OF COURT
MOTION HEARING

Date: 2/19/2014  Presiding: Magistrate. Judge Hill
Court Opened: 10:10 a.m.  Courtroom Deputy: Molly Davenport
Court Adjourned: 10:35 a.m.  Court Reporter: LaRae Bourque
**Statistical Time: 00:25**

**APPEARANCES:**
Holly Barnes and Elwood Stevens for the plaintiff
William Stagg and Ryan Goudelocke for the defendant

**CASE CALLED FOR:**
 X  Hearing on Motion record document number 92

**COMMENTS:**

Accordingly, the Court, after hearing argument on the Motion Compel [rec doc 92], GRANTED the motion.  IT IS ORDERED that all electronic documents be produced by the defendants in the form in which they are kept in the course of business within ten (10) days.  The defendant will make documents not stored in electronic format available to the plaintiffs.  The plaintiffs may convert these files to electronic format at their own cost.

IT IS FURTHER ORDERED THAT the defendant produce any and all marketing information, sales brochures, et cetera.  Produce whatever training manuals you have for the operators and any other information used to train the operators on how to operate the equipment.

The Motion for Sanctions [rec doc 92] is DENIED.

The Motion for Attorney's Fees [rec doc 92] IS GRANTED in the amount of $700.00 is awarded to the defendant.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE