# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| RANDALL SCARBOROUGH | * | |
| | * | CIVIL ACTION NO. |
| Plaintiff | * | |
| | * | 6:12-cv-00396-RFD-CMH |
| VERSUS | * | |
| | * | Judge Rebecca F. Doherty |
| INTEGRICERT, LLC | * | Magistrate Judge C. Michael Hill |
| | * | |
| Defendant | * | JURY TRIAL DEMANDED |

## DECLARATION OF HOLLY H. BARNES IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF VALIDITY OF U.S. PATENT NOS. 6,848,322 AND 7,284,447

1. I, Holly H. Barnes, make the following declaration in support of Plaintiff's Motion for Partial Summary Judgment of Validity of U.S. Patent Nos. 6,848,322 and 7,284,447.

2. I am over the age of 18 and competent to make this declaration. The facts stated in this declaration are within my personal knowledge, and if called upon, I could and would testify to the veracity of the matters stated herein under oath.

3. I am an attorney with Matthews Lawson McCutcheon & Joseph, PLLC and currently represent Randall Scarborough, the Plaintiff in this action.

4. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's U.S. Patent No. 6,848,322 ("the '322 Patent") and the Certificate of Reexamination related thereto, which was issued on December 24, 2014.

5. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's U.S. Patent No. 7,284,447 and the Certificate of Reexamination related thereto, which was issued on January 13, 2015.

6. Attached hereto as Exhibit C is a true and correct copy of the May 6, 2004 Office Action received by Scarborough from the USPTO related to the '322 Patent.

7. Attached hereto as Exhibit D is a true and correct copy of Scarborough's Amendment and Response to the non-final rejection in the Office Action at Exhibit C.

8. Attached hereto at Exhibit E is a true and correct copy of the Notice of Allowance for the '322 Patent.

9. Attached hereto at Exhibit F is a true and correct copy of the June 1, 2006 Office Action received by Scarborough from the USPTO related to the '447 Patent.

10. Attached hereto at Exhibit G is a true and correct copy of Scarborough's Response to the Office Action at Exhibit F.

11. Attached hereto at Exhibit H is a true and correct copy of the Final Rejection from the USPTO related to the '447 Patent.

12. Attached hereto at Exhibit I is a true and correct copy of the Response to the Final Rejection at Exhibit H.

13. Attached hereto at Exhibit J is a true and correct copy of Scarborough's Amendment after an Advisory Action related to the '447 Patent.

14. Attached hereto at Exhibit K is a true and correct copy of the Notice of Allowance for the '447 Patent.

15. Attached hereto at Exhibit L is a true and correct copy of IntegriCert's Request for Reexamination of the '322 Patent as it was retrieved by me from the USPTO.

16. Attached hereto at Exhibit M is a true and correct copy of IntegriCert's Request for Reexamination of the '447 Patent as it was retrieved by me from the USPTO.

17. Attached hereto at Exhibit N is a true and correct copy of the Office Action from the USPTO granting IntegriCert's request for the reexamination of the '447 Patent.

18. Attached hereto at Exhibit O is a true and correct copy of the Office Action from the USPTO granting IntegriCert's request for the reexamination of the '322 Patent.

19. Attached hereto at Exhibit P is a true and correct copy of the December 19, 2013 Office Action rejecting the pending claims of the '447 Patent.

20. Attached hereto at Exhibit Q is a true and correct copy of the April 9, 2014 Office Action rejecting the pending claims of the '322 Patent.

21. Attached hereto at Exhibit R is a true and correct copy of the September 5, 2014 Office Action related to the '447 Patent.

22. Attached hereto at Exhibit S is a true and correct copy of the September 5, 2014 Office Action related to the '322 Patent.

23. Attached hereto at Exhibit T is a true and correct copy of IntegriCert's Supplemental Discovery Responses, including interrogatories and requests for production.

24. Attached hereto at Exhibit U is a true and correct copy of Scarborough's arguments to the examiner, including related claims charts, with respect to the '322 Patent.

25. Attached hereto at Exhibit V is a true and correct copy of Scarborough's arguments to the examiner, including related claims charts, with respect to the '447 Patent.

26. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, of the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of February, 2015 at Houston, Texas:

/s/ Holly Barnes
Holly Barnes