## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

**RANDALL SCARBOROUGH**            *****CIVIL NO. 6:12-0396**

**VERSUS**            *****MAGISTRATE JUDGE HILL**

**INTEGRICERT, LLC.**            *****BY CONSENT OF THE PARTIES**

### RULING

The Court has been advised by counsel for the movant that the issues presented in the plaintiff's Motion to Compel and Motion for Sanctions [rec. doc. 148] have been resolved. Accordingly, the Motion is **dismissed as moot**.

Signed this 14th day of August, 2015, Lafayette, Louisiana.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE