IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| RANDALL SCARBOROUGH § | | Civil Action No. 6:12-cv-00396-PJH |
| Plaintiff, § | | |
| § | | |
| v. § | | |
| § | | Magistrate Judge Patrick J. Hanna |
| INTEGRICERT, LLC § | | |
| Defendant. § | | JURY TRIAL DEMANDED |
| § | | |

## JOINT RULE 26(f) REPORT—PHASE II

1. **Expert Witnesses**

    *Plaintiff*
    C. Burton Kolder, CPA, CFE, CGFM
       Mr. Kolder is an accounting expert and will testify regarding the damages to be awarded upon a finding of infringement.

    Samuel P. Hawkins (technical)
       Mr. Hawkins is an engineer with significant experience in the oilfield industry. He will testify regarding infringement.

    *Defendant*
    Stephen A. Killingsworth
       Mr. Killingsworth is a mechanical engineer with a specialty in development and analysis of oilfield machinery. He is expected to testify concerning invalidity and non-infringement, in particular the commonality of the patents at issue with many past and present devices and apparatuses and methods in long use in the oilfield and in other fields.

    John Guillory
       Prof. Guillory is associate professor of mechanical engineering at the University of Southwestern Louisiana, with a specialty in analysis of mechanical systems. He is expected to testify concerning invalidity and non-infringement, in particular the long history of use of devices similar to or identical to those depicted in the patents at issue in engineering education.

    Joan Martin, CPA, CVA, CFF

>     Ms. Martin is an accounting expert with a specialty in forensic accounting and valuation of business and receivables. She is expected to testify as to damages.

2. **Treating Physicians**
   Not applicable

3. **Duration of Trial**
   The parties expect the trial to last five days, including jury selection and deliberation.

4. **Anticipated Dispositive Motions**
   Plaintiff has a pending motion for summary judgment on infringement and expects to file an additional motion for summary judgment related to Defendant's affirmative defenses.

   Defendant expects to file motions: for adjustment of the Court's construction of certain claim-construction determinations under *Markman*; summary judgment on the validity of the patents at issue; and contesting Plaintiff's standing to bring suit and to seek damages for any infringement.

5. **Affirmation of Settlement Discussion:**
   The parties attended mediation on October 20, 2015 with John W. Perry, Jr. in Lafayette, Louisiana at the offices of Plaintiff's counsel.

   Plaintiff Randall Scarborough attended with counsel Guy E. Matthews, Holly H. Barnes and Elwood C. Stevens. Kenneth Hix attended as the corporate representative on behalf of Defendant Integricert, LLC, along with counsel William W. Stagg.

   The parties were not able to reach an agreement as to the value of any settlement amount; however, they continue to conduct informal settlement discussions.

6. **Electronic Courtroom**
   The parties do not anticipate that this case will be document-intensive.

7. **Certification**
   The undersigned counsel certify that this report is accurate and complete.


DATED: January 15, 2016                               Respectfully submitted,


/s/ Holly H. Barnes                                   /s/ Ryan M. Goudelocke

**MATTHEWS, LAWSON,**                                 **DURIO, MCGOFFIN, STAGG &**
**MCCUTCHEON & JOSEPH, PLLC**                         **ACKERMAN**
Guy E. Matthews (T.A.)                                William W. Stagg, T.A. (#1613)
Texas Bar No. 1320700                                 Ryan M. Goudelocke (#30525)
Holly H. Barnes                                       Jonathan R. Villien (#34136)

Texas Bar No. 24045451
2000 Bering, Suite 700
Houston, Texas 77057
Telephone: (713) 355-4200
Facsimile:  (713) 355-9689
gmatthews@matthewsfirm.com
hbarnes@matthewsfirm.com

and

**DOMENGEAUX, WRIGHT, ROY
EDWARDS & COLOMB, LLC**
Bob F. Wright (La. Bar #13,691)
Elwood C. Stevens, Jr. (T.A.)
(La. Bar #12,459)
P. O. Box 3668
Jefferson Towers, Suite 500
556 Jefferson Street
Lafayette, LA 70501-3668
Telephone: (337) 233-3033
Facsimile:  (337) 232-8213
bobw@wrightroy.com
elwoods@wrightroy.com
*Counsel for Plaintiff Randall Scarborough*

220 Heymann Boulevard
Lafayette, LA 70505
Telephone: (337) 233-0300
Facsimile:  (337) 233-0694
*Counsel for Defendant IntegriCert,
L.L.C.*