IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

**RANDALL SCARBOROUGH**           * **CIVIL ACTION NO.: 6:12-CV-00396**
   **Plaintiff**                              *
                                                   *
**VERSUS**                                     * **MAGISTRATE JUDGE PATRICK HANNA**
                                                   *
**INTEGRICERT, LLC**                    *
   **Defendant**                            *

_____

## ORDER

   **Considering the foregoing** Motion for Partial Summary Judgment On Non-Infringement.

   **It is Ordered** that defendant **IntegriCert, L.L.C.** be granted to file its Motion for Partial Summary Judgment On Non-Infrigement.

   **Done and signed** this _____ day of _____, 2016.

_____
Magistrate Judge Patrick Hanna