Case 6:12-cv-00396-PJH   Document 186-6   Filed 06/13/13   Page 1 of 14 Page ID #:5490

US007240569B2

(12) **United States Patent**
Foley et al.

(10) Patent No.: **US 7,240,569 B2**
(45) **Date of Patent:** **Jul. 10, 2007**

(54) **LOAD TEST APPARATUS FOR SHIPPING CONTAINERS**

(75) Inventors: **Lawrence E. Foley**, Lafayette, LA (US); **Paul Justin**, Youngsville, LA (US); **Gregory Smith**, Lafayette, LA (US)

(73) Assignee: **IntegrCert, LLC**, New Iberia, LA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/241,302**

(22) Filed: **Sep. 28, 2005**

(65) **Prior Publication Data**
US 2006/0065059 A1    Mar. 30, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/614,303, filed on Sep. 28, 2004.

(51) **Int. Cl.**
*G01D 7/00*    (2006.01)

(52) **U.S. Cl.** ............................................... **73/862.041**

(58) **Field of Classification Search** .......... 73/862.393, 73/862.392, 862.381, 862.391, 862.041
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,848,322 B2    2/2005  Scarborough
6,935,196 B1 *  8/2005  Tumlin .................. 73/862.393

* cited by examiner

*Primary Examiner*—Jewel Thompson
(74) *Attorney, Agent, or Firm*—William W. Stagg

(57) **ABSTRACT**

Load test apparatus for shipping containers comprising a horizontal beam (**200**), the beam having pivotal plate assemblies (**210**) attached to lifting eyes (**330**) or other feature of a container by cables (**130**) or similar means, extending from the pivotal plates to the lifting eyes. The pivotal plates rotate about a horizontal pin (**430**) permitting the pivotal plates to become axially aligned with the cables. The Horizontal beam is forced vertically upward by a plurality of force generating means such as hydraulic cylinders (**120**). The force of the force generating means is applied through a point common to the longitudinal axis of the horizontal beam and the axis of the horizontal pin, thereby eliminating moment loads within components of the assembly. The opposite vertically downward reaction force is applied to the bottom of the container and simulates the force applied by the weight of the typical contents of the container when it is in use.

**18 Claims, 6 Drawing Sheets**





FIG. 1



FIG. 2

FIG. 3

FIG. 4



FIG. 5

FIG. 6



FIG. 7A



FIG. 7B



FIG. 8



FIG. 9A

FIG. 9B



FIG. 9C



FIG. 10

US 7,240,569 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# LOAD TEST APPARATUS FOR SHIPPING CONTAINERS

This application claims priority to U.S. Provisional Application Ser. No. 60/614,303 for Load Test Apparatus for Shipping Containers filed Sep. 28, 2004 by the above referenced Applicants, the entire contents of which are hereby incorporated by reference.

## FEDERALLY SPONSORED RESEARCH

Not Applicable

## SEQUENCE LISTING OR PROGRAM

Not Applicable

## BACKGROUND

### 1. Field of Invention

This invention relates to the load testing of structures that are lifted or suspended by one or more cables or chains, collectively referred to as "Shipping containers". The test apparatus applies a load to the lifting points of the containers, known as pad eyes, and simulates the application of loads present in the container when it is lifted or suspended.

### 2. Background

Shipping containers are designed, manufactured and tested in compliance with one or more specifications published by governmental and private organizations. These specifications require that the container be load tested to a multiple of the rated load of the container. The most popular method used to apply the test load is to fill the container with heavy objects such as concrete, steel, water, etc. This method is time consuming, expensive, and of questionable accuracy.

A second method is to use a hydraulic ram to apply a load to a cable attached to one or more pad eyes, where the reaction of this load is applied to the container near the pad eye being tested. This method applies the load only to the pad eye and not to the entire structure of the container. Therefore, this method does not simulate the actual loads applied the contents of the container when it is in use.

A third method is to use a single telescopic mast to apply a load to cables attached to two or more of the pad eyes. The reaction of this load is applied to the bottom of the structure, more closely simulating the loads applied by the contents of the container when it is in use. This method works well for smaller containers whose length and width are nearly equal, i.e., the container is nearly square. However, it is common for containers to have a large aspect ratio, where the length is several times the width, i.e., the containers are long and narrow.

Containers of large aspect ratios present at least two significant problems to the single telescopic mast method of application of the test load. First, the apparatus must be tall enough to allow the cables to form an angle of not less than 45 degrees with the horizontal. Such a test apparatus must be heavy enough not to fail by buckling when the test loads are applied and, because of the height and weight requirements, the apparatus presents a safety hazard to personnel setting up and operating the apparatus. The second problem with the single telescopic mast method is that the load is applied to a relatively small area at the center of the container unless large, heavy beams are used to distribute the load along the base of the container.

Considerations

A safe and efficient test apparatus for shipping containers should be compact, and easily set-up for testing. It should have a low weight-to-strength ratio, that is, it should be as light-weight as possible while being strong enough to apply and withstand the required loads. Members subject to compressive loads should be as short as possible to increase the resistance of the member to failure or excessive deformation due to buckling. It should reliably apply the test load to the lifting eyes and to the bottom of the container in such a manner so as to accurately simulate the magnitude and direction of an actual load typical to said container. The test load should be evenly distributed among the lifting eyes of the container. The design should provide a means to accurately measure the applied load and minimize the factors that contribute to measurement errors. Such factors include improper set-up resulting in improper alignment of components, improper angle between the cables and a horizontal plane, application of extraneous loads and moments to the load measuring members, and improper distribution of the reaction load to the structure of the container.

Objects and Advantages

Several objects and advantages of the present invention are:

(a) to provide a test apparatus that maximizes safety to personnel while setting up and operating the apparatus, specifically by attaining a low weight-to-strength ratio while maximizing the factor of safety of the apparatus against failure;

(b) to provide a test apparatus that reduces the weight-to-strength ratio by eliminating the application of moment loads to members of the test apparatus;

(c) to provide a test apparatus that resists failure and excessive deformation due to buckling, specifically by providing a plurality of load application members such as hydraulic cylinders;

(d) to provide a test apparatus that applies the test load to the container in a manner so as to accurately simulate the typical loading conditions applied to the container during use, specifically by applying and distributing said test loads so as to induce stresses within various members of the container; and,

(e) to provide a test apparatus that accurately measures the applied test load, specifically by reducing extraneous components of the applied and reaction loads and by minimizing deformation of members of the test apparatus.

SUMMARY

In accordance with the present invention a load test apparatus for shipping containers is comprised of a plurality of hydraulic cylinders or other force generating means to apply an upward force to a structure that applies and evenly distributes said load to lifting eyes of the container to be tested. A pivotal plate assembly is attached to each force generating means and eliminates the application of moment loads to the structure.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an isometric view of Load Test Apparatus of Applicants' invention.

FIG. 2 is an isometric view of the Beam Assembly of the Apparatus shown in FIG. 1.

FIG. 3 is an isometric view of the Pivotal Plate of the Beam Assembly shown in FIG. 2.

US 7,240,569 B2

3

FIG. **4** is an isometric view of the Beam Housing of the Beam Assembly shown in FIG. **2**.

FIG. **5** is a top view of the Apparatus shown in FIG. **1**.

FIG. **6** shows a partial section view cut a Section **6** of FIG. **5**.

FIG. **7A** shows a section view cut at Section **7** of FIG. **5** showing the Pivotal Plate Assembly and the Adjustment Pin of the Load Test Apparatus Assembly of FIG. **1**.

FIG. **7B** shows the same section view as FIG. **7A**, with the exception that the Adjustment Pin is in its Retracted Position.

FIG. **8** shows a Cable Assembly **130** in detail.

FIGS. **9A** and **9B** show an end view and front view, respectively, of the attachment of the Pivotal Plate Assemblies to the Basket.

FIG. **9C** shows an enlarged detail of FIG. **9B**.

FIG. **10** shows a typical prior art load test apparatus.

DETAILED DESCRIPTION OF THE
INVENTION

In the reference drawings, numerals referencing assemblies are underlined.

Referring now to the drawings and more particularly to FIG. **1**, there is shown an isometric view of Load Test Apparatus Assembly **100** of the present invention. The Load Test Apparatus **100** is comprised of a horizontal Beam Assembly **110**, which is supported by two vertical lifting means, such as Cylinder Assemblies **120**. Cylinder Assembly **120** is comprised of a Stationary Cylinder **250**, a coaxial Piston Rod **260** extending vertically upward from the top of Stationary Cylinder **250**, and a horizontal Base Plate **285** attached to the bottom surface of Stationary Cylinder **250**. Four Cable Assemblies **130** connect the Beam Assembly **110** to four Lifting Eyes **330** of a typical Basket **160**. Cylinder Assemblies **120** are pressurized by a Hydraulic Pump Assembly **150**. Cylinder Assemblies **120** are connected to the Hydraulic Pump Assembly by hoses. The hoses are omitted from the drawings for clarity. The upward force produced by Cylinder Assemblies **120** is displayed by a Load Indicator **140**.

The Basket **160** has a vertical centroidal axis **390**, a central vertical longitudinal plane **360**, and a central vertical transverse plane **370**. The Basket **160** is not a component of the present invention. It is included in the drawings to more clearly show the operation of the present invention.

FIG. **2** shows the Beam Assembly **110** which is comprised of a Beam **200**, and two Pivotal Plate Assemblies **210**. Beam **200** has a series of horizontal Adjustment Holes **230** bored transverse to a longitudinal Axis **220** of Beam **200** and perpendicular to the sides of Beam **200**. Each Pivotal Plate Assembly **210** is comprised of a Pivotal Plate **410** and a Beam Housing **420**. Pivotal Plate **410** is pivotally attached to Beam Housing **420** and to Beam **200** by an Adjustment Pin **430**. Adjustment Pin **430** has a longitudinal axis **435**.

Referring to FIG. **3**, Pivotal Plate **410** is comprised of a Wing Plate **412** and an Adjustment Pin Housing **725**. Wing Plate **412** has a central rectangular thru-hole **515** and a series of cable attachment thru-holes **510** displaced from the bottom of Plate **412**. The longitudinal axis **730** of Adjustment Pin Housing **725** is horizontal and is coincident with the centroid **460** of rectangular thru-hole **515**. Pivotal Plate **410** has a central plane **480** parallel to the face of Pivotal Plate **410** and coincident with Centroid **460** of rectangular thru-hole **515**.

Referring to FIG. **4**, the Beam Housing **420** is comprised of a horizontal Top Plate **550**, two vertical Side Plates **560**,

4

and a horizontal Bottom Plate **570**. A Load Cell Housing **440** extends vertically downward from the bottom Plate **570**. Top Plate **550**, Side Plates **560**, and Bottom Plate **570** are fixedly attached together so as to form a horizontal, rectangular Beam Housing Opening **490** whose dimensions are slightly larger than the outside cross-section dimensions of Beam **200**, i.e., Beam **200** can fit through the Beam Housing Opening **590**. A transverse thru-hole **580** is bored through both Side Plates **560** such that the axis **585** of thru-hole **580** is horizontal and is coincident with and perpendicular to the horizontal axis **590** of Beam Housing Opening **490**. Bottom Plate **570** has a bottom surface **575**. Load Cell Housing has a vertical longitudinal axis **445**.

FIG. **5** shows a top view of the Load Test Apparatus Assembly **100** showing a top view of the Beam Assembly **110**. FIG. **5** is included solely to describe the location of Section **6** depicted in FIG. **6** and Section **7** depicted in FIGS. **7A** and **7B**.

FIG. **6** shows a partial section view through the Beam **200**, Beam Housing **420** and the Piston Rod **260** of the Load Test Apparatus Assembly **100**. Beam **200** fits within the Beam Housing Opening **490** of the Beam Housing **420** such that each Pivotal Plate Assembly **210** fits slidably onto Beam **200**. A compression Load Cell **450**, shown in cross-section, is sandwiched between the top surface **280** of the Piston Rod **260** and the bottom surface **575** of Bottom Plate **570**. Piston Rod **260** fits slidably within Load Cell Housing **440**.

Load Cell **450** may be electronic, hydraulic, or other type of compressive load cell. Load Cell **450** is connected to Load Indicator **140**. This connection may be by electrical cable, radio-telepathy, or other means. The Load Cell **450** and the associated Load Indicator are standard components. The specifics of the type of Load Cell **450** and the type of Load Indicator **140** are not pertinent to the present invention. The connection between the Load Cell **450** and the Load Indicator **140** is omitted from the figures for clarity.

FIG. **7A** shows a section view cut at Section **7** of FIG. **5** showing the Pivotal Plate Assembly **210** and the Adjustment Pin **430** of the Load Test Apparatus Assembly **100**. FIG. **7B** shows the same section view as FIG. **7A**, with the exception that the Adjustment Pin **430** is in its Retracted Position **630**. The Piston Rod **260** and the Load Cell **450** are omitted from FIGS. **7A** and **7B** for clarity. The Adjustment Pin **430** has an Extended Position **640** and a Retracted Position **630** (seen in FIG. **7B**).

In the Extended Position **640**, each Adjustment Pin **430** is centered within its respective Adjustment Pin Housing **725** such that it engages both the Beam Housing **420** of the Pivotal Plate Assembly **210** and the Beam **200**. Specifically, the Adjustment Pin **430** is disposed within Adjustment Pin Housing **725**, thru-holes **580** of the Beam Housing **420**, and a selected thru-hole **230** of the Beam **200**. Thus, when the Adjustment Pin **430** is in the Extended Position **640**, the respective Pivotal Plate Assembly **210** is restrained from sliding axially along Beam **200**, and Pivotal Plate **410** is free to rotate about the Adjustment Pin **430**.

In the Retracted Position **630**, the Adjustment Pin **430** is disposed axially within Adjustment Pin Housing **725** such that it continues to engage the Adjustment Pin Housing **725** and one thru-hole **580** of Beam Housing **420**, but it does not engage Beam **200**. Thus, when the Adjustment Pin **430** is in the Retracted Position **630**, the respective Pivotal Plate Assembly **210** is free to slide axially along Beam **200**, while the Pivotal Plate **410** is still pivotally attached to the Beam Housing **420**.

FIG. **8** shows a Cable Assembly **130** in detail. Each Cable Assembly **130** is comprised of a steel Cable **290** with a

US 7,240,569 B2

5

Clevis **300** attached to each end. The Cable Assemblies **130** are of equal length. Cable **290** has a longitudinal axis **295**. Cable Assemblies **130** and Clevises **300** are standard components commonly used for lifting objects. The operation of Clevis **300** is known to anyone skilled in the art of mill-wright.

FIGS. **9A** and **9B** show an end view and front view, respectively, of the attachment of the Pivotal Plate Assemblies **210** to the Basket **160**. A Cable Assembly **130** extends from and between a selected Thru-Hole **510** in Wing Plate **412** of the Pivotal Plate **410** to a respective Lifting Eye **330** on the Basket **160** by means of the Clevises **300**. An Angle A1 between the Cable Assembly **130** and a horizontal plane is projected onto the Transverse Plane **370** of Basket **160**. The projected Angle A1 is determined by which Thru-Hole **510** of Pivotal Plate **410** is selected. An Angle A2 between Cable Assembly **130** and a horizontal plane is projected onto the Longitudinal Plane **360** of Basket **160**. Each Cylinder Assembly **120** is displaced a distance D1 from a respective end of Basket **160**. The projected Angle A2 is determined by the distance D1. Common practice dictates that angles A1 and A2 must be greater than or equal to 45 degrees.

FIG. **9C** shows an enlarged detail of FIG. **9B**. In this view, Adjustment Pin **430**, its axis **435**, and plane **480** are perpendicular to the plane of the drawing. It can be seen that Axis **435** of Adjustment Pin **430**, Axis **220** of Beam **200** and Axis **445** of Load Cell Cylinder **440** all intersect at a common point **455**. Pivotal Plate **410** rotates freely about Adjustment Pin **430**, thereby allowing the central Plane **480** of Pivotal Plate **410** to become coincident with Axis **295** of Cable Assembly **130**. Plane **480** of Pivotal Plate **410** is coincident with Axis **435** of Adjustment Pin **430**. Axis **295** of Cable Assembly **130** represents the line of action of the force transferred by Cable Assembly **130**. This force is transmitted from Adjustment Pin **430**, through Plate **410**, through Cable Assembly **130** to Lifting Eye **330**. Axis **445** of Load Cell Housing **440** represents the line of action of the upward vertical force provided by the hydraulic Cylinder Assembly **120**. This force is transmitted from the Piston Rod **260** of Hydraulic Cylinder Assembly **120**, through Load Cell **450**, and through Bearing Housing **420** to Adjustment Pin **430**. Axis **220** of Beam **200** represents the line of action of the resultant of these two forces, specifically a tensile load transmitted from Adjustment Pin **430** to Beam **200**. From the preceding description, it is seen that all of the described forces are transmitted through Adjustment Pin **430**.

The intersection of the lines of action of the forces referred to above is significant because the forces do not impart moment loads on any of the members. In general, stresses from moment loads are considerably greater than stresses from tensile loads. By eliminating moment loads, the members may be considerably lighter than if moment loads were present. Reduction of the weight and size of a load test apparatus significantly increases the safety of operation.

FIG. **10** shows a general embodiment of the prior art. For purposes of the current discussion, the vertical lifting means, such as a hydraulic cylinder, is referred to as a column **900**. A load test apparatus comprising a single force generating means, such as a single cylinder assembly, i.e., a load test apparatus comprising a single column, requires that the column extend upward from the bottom of the basket to the point of convergence **910** of each of the cable assemblies **920**. This point of convergence **910** may be a considerable distance above the basket. For a projected horizontal angle of 45 degrees between Cable Assemblies **920** and the central transverse plane of Basket **160**, the height of a single column

6

must be at least one half of the longest dimension of the basket. Thus it is seen that the single column cylinder assembly must be considerably longer than the columns of the Load Test Apparatus **100** of the present invention.

Vertical members loaded in compression, generally known as columns, have a property know as a "slenderness ratio". In simple terms, the slenderness ratio is a relationship between the column's least radius of gyration and its length. The slenderness ratio of a column determines if the column is more likely to fail due to buckling rather than due to compressive axial stress. A column with a high slenderness ratio, i.e., a long, slender column, will fail due to a buckling load, known as the critical load for that column. In order to safely withstand a given load, such as the load to be applied to a basket **160** by a Load Test Apparatus, a longer column must have a larger radius of gyration than a shorter column. A longer column must therefore be larger and heavier than a shorter column designed to withstand the same load as that applied to the longer column.

Referring again to FIG. **10**, it is seen that if each of the cables **920** are not exactly the same length, a side load will be induced at the top of the column **900**. Similarly, a side load will be induced if the column **900** is not positioned exactly at the center of the Basket **160**, i.e., not directly beneath the point of convergence of the cables. The presence of even relatively small side loads applied to the top of a long column significantly reduces the capability of the column to safely withstand a vertical load. Several factors, including human error on the part of the operator, make it inevitable that extraneous side loads will be applied to any load test apparatus. The Load Test Apparatus **100** of the present invention is more capable of safely withstanding the effects of side loads than that of the apparatus shown in FIG. **10**.

OPERATION

In operation, the Load Test Apparatus Assembly **100** of applicant's invention is lowered into the Basket **160** and positioned such that Axis **220** of the Beam **200** is coincident with the Longitudinal Plane **360** of the Basket **160**, i.e., the Beam **200** is centered within the Basket **160**. The Adjustment Pin **430** of each Pivotal Plate Assembly **210** is moved axially to the Retracted Position **630**, as shown in FIG. **7B**. Each Pivotal Plate Assembly **210** is moved axially along Beam **200** such that each Pivotal Plate Assembly **210** is equidistant from the Transverse Plane **370** of Basket **160** and a distance D1 from the end of Basket **160**. A first Clevis **30** of a first Cable Assembly **130** is attached to a first Lifting Eye **330**. The second Clevis **300** of the first Cable Assembly **130** is attached to a selected Hole **510** of a Pivotal Plate **410**. As described above, the selection of Hole **510** determines the size of the projected Angle A1. Projected Angle A1 must be no less than 45 degrees from a horizontal plane. Conversely, it is desirable that the selected Hole **510** be as near to Longitudinal Plate **360** (that is, as near to the Beam **200**) as possible in order to minimize the stresses within Pivotal Plate **410**. The Hole **510** is therefore selected such that it is as near to the Beam **200** as possible while still allowing projected Angle A1 to be equal to or greater than 45 degrees. The remaining three Cable Assemblies **130** are attached to the remaining Lifting Eyes **330** and to Holes **510** in the same relative position as the first Hole **510** selected as described above. Thus, the connections of the Cable **130** to the Pivotal Plates **410** will be symmetrical about both the Longitudinal Plane **360** and the Transverse Plate **370**

US 7,240,569 B2

7

After all four Cable Assemblies **130** are attached to the four Lifting Eyes, the Pivotal Plate Assemblies **210** are then attached to the Beam **200**. The procedure for positioning and attaching a first Pivotal Plate Assembly **210** to Beam **200** is described below. The second Pivotal Plate Assembly **210** is the attached in a similar manner such that the position if the two Pivotal Plate Assemblies **210** is symmetrical about the Transverse Plane **370**.

The Pivotal Plate Assembly **210** is attached to Beam **200** by inserting the Adjustment Pin **430** through a selected Adjustment Hole **230** in Beam **200**. As described above, the projected Angle A2 must be no less than 45 degrees from a horizontal plane. Distance D1, from the end of the Basket **160** to the Cylinder Assembly **120**, determines the magnitude of Angle A2. An Adjustment Hole **230** is selected such that Angle A2 is equal to or greater than 45 degrees. After selection of the appropriate Adjustment Hole **230**, the Pivotal Plate Assembly **210** is moved axially along Beam **200** until the Alignment Pin **430** is coaxially aligned with the selected Adjustment Hole **230**. The Adjustment Pin **430** is moved axially within the Adjustment Pin Housing **725** until it is in the Extended Position **640** as shown in FIG. **7A**.

Hydraulic hoses are connected to the Hydraulic Pump Assembly **150** and the Hydraulic Cylinder Assemblies **120**. The Load Cell **450** is electrically connected to the Load Indicator **140**. This electrical connection may be made either by using wires or by radio-telepathy.

The Hydraulic Pump Assembly **150** is activated to energize the Hydraulic Cylinder Assemblies **120** so that the desired testing load is applied by the Hydraulic Cylinder Assemblies **120** to the Beam Assembly **110**, as measured by Load Cell **450** and displayed by Load Indicator **140**. This test load may be held for some amount of time as required by the governing standard or procedure.

After the test load has been applied to the basket for the required amount of time, the Hydraulic Cylinder Assemblies **120** are de-energized, the Cable Assemblies **130** are removed from the Lifting Eyes **330** of the Basket **160**, the Hydraulic Hoses are removed from the Hydraulic Cylinder Assemblies **120**, the Load Cell **450** is disconnected from the Load Indicator **140**, and the Load Test Apparatus **100** is removed from the Basket **160**.

The foregoing description is merely an illustration of the principles of the Load Test Apparatus of Applicants' invention. Since numerous modifications and changes will readily occur to those skilled in the art, the description is not intended to limit the invention to the exact construction and operation shown and described. Accordingly, all suitable modifications and equivalents are intended to fall within the scope of the invention.

We claim:

1. A container load test apparatus comprising:
   (a) a horizontal beam having a longitudinal axis and a transverse axis,
   (b) two beam supports,
   (c) means for slidably positioning said beam supports at a desired location along said longitudinal axis of said horizontal beam,
   (d) a cable attachment plate pivotally attached to each of said beam supports whereby said cable attachment plate pivots about said transverse axis of said horizontal beam,
   (e) a plurality of cables extending from a container to each said cable attachment plate, and
   (f) means for applying a desired load to said beam supports and thereby to said container through said plurality of cables.

8

2. The apparatus as recited in claim **1** wherein said beam supports include vertically orientated hydraulic cylinders.

3. The apparatus as recited in claim **2** wherein each said cable of said plurality of cables has a first and second end and a clevis mounted to said cable at each of said cable ends.

4. The apparatus as recited in claim **3** wherein said cable attachment plate has a plurality of cable attachments holes for selective attachment of said clevis of one of said cable ends to said cable attachment plate.

5. The apparatus as recited in claim **4** wherein each said cable with said attached devises are of the same length.

6. The apparatus as recited in claim **5**, wherein said horizontal beam has a plurality of horizontally positioned adjustment holes bored transverse to the longitudinal axis and of said horizontal beam and wherein said means for slidably positioning said beam supports at a desired location along said longitudinal axis of said horizontal beam includes:
   (a) a beam housing having an opening for slidably receiving said horizontal beam, said beam housing having a transverse bore selectively coinciding with a selected said adjustment hole of said horizontal beam, and
   (b) a beam support pin for engaging said transverse bore of said beam housing and said selected adjustment hole of said horizontal beam whereby said horizontal beam and said beam housing are held in place at said selected adjustment hole of said horizontal beam.

7. The apparatus as recited in claim **6**, wherein said cable attachment plate pivotally attached to each of said beam supports is pivotally attached to said beam supports by said beam support pin.

8. The apparatus as recited in claim **7**, wherein said vertically orientated hydraulic cylinders having horizontally oriented base plates for supporting said hydraulic cylinders on the floor of said container.

9. The apparatus as recited in claim **8**, wherein said beam support pin may be adjusted to allow said beam support to slide axially along said longitudinal axis of said horizontal beam, while said cable attachment plate is still pivotally attached to said beam support.

10. The apparatus as recited in claim **9**, further comprising:
   (a) means for pressurizing said hydraulic cylinders and thereby apply desired loads to said containers from said cables;
   (b) a load indicator; and
   (c) a load cell positioned on each said beam support for measuring the load transmitted to the beams supports and transmitting a signal reflecting the measured loads to said load indicator.

11. A container load test apparatus comprising:
   (a) a horizontal beam;
   (b) two beam supports;
   (c) means for slidably positioning said beam supports along the longitudinally axis of said horizontal beam;
   (d) a vertical lifting support attached to each of said beam supports for applying a desired lifting load to said horizontal beam; and
   (e) at least two cable assemblies adapted to pivotally connect each said beam support to the lifting eyes of a typical basket container.

12. The apparatus as recited in claim **11** wherein each said vertical lifting support includes:
   (a) stationary cylinder;
   (b) a coaxial piston rod extending vertically upward from the top of said stationary cylinder;

US 7,240,569 B2

9

(c) a horizontal base plate attached to the base of said stationary cylinder; and

(d) a pump assembly for pressurizing and depressurizing said cylinder and thereby extending and retracting said piston rod from said stationary cylinder.

**13**. The apparatus as recited in claim **12** further comprising a load cell for measuring the load applied to said beam supports by said piston rods and a load indicator for receiving a signal from the load cell displaying said applied load.

**14**. The apparatus as recited in claim **13** wherein said horizontal beam has a plurality of horizontally positioned adjustment holes bored transverse to the longitudinal axis and of said horizontal beam and wherein said means for slidably positioning said beam supports at a desired location along said longitudinal axis of said horizontal beam includes:

(a) a beam housing having an opening for slidably receiving said horizontal beam, said beam housing having a transverse bore selectively coinciding with a selected said adjustment hole of said horizontal beam, and

(b) a beam support pin for engaging said transverse bore of said beam housing and said selected adjustment hole of said horizontal beam whereby said horizontal beam and said beam housing are held in place at said selected adjustment hole of said horizontal beam.

10

**15**. The apparatus as recited in claim **14** further comprising a cable attachment plate pivotally attached to each said beam support by said beam support pin.

**16**. The apparatus as recited in claim **15** wherein each said cable attachment plate has a plurality of cable attachments holes for selective attachment of cable assemblies to said cable attachment plate.

**17**. The apparatus as recited in claim **16**, wherein said beam support pin may be adjusted to allow said beam support to slide axially along said longitudinal axis of said horizontal beam, while said cable attachment plate is still pivotally attached to said beam support.

**18**. The apparatus as recited in claim **17**, wherein the line of action from the force transmitted from said piston rods through said load cell and through said beam housing is transmitted to said beam support pin and then through said attachment plate to said cable assemblies to said lifting eyes of said container so that the resultant of these forces is transmitted to the horizontal beam through said beam support pin with substantially no moment loads applied on any of these elements.

\* \* \* \* \*

US007240569C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (6977th)

# United States Patent
Foley et al.

(10) **Number:** **US 7,240,569 C1**

(45) **Certificate Issued:** **Aug. 4, 2009**

(54) **LOAD TEST APPARATUS FOR SHIPPING CONTAINERS**

(75) Inventors: **Lawrence E. Foley**, Lafayette, LA (US); **Paul Justin**, Youngsville, LA (US); **Gregory Smith**, Lafayette, LA (US)

(73) Assignee: **Integrcert, L.L.C.**, New Iberia, LA (US)

**Reexamination Request:**
No. 90/009,197, Jun. 19, 2008

**Reexamination Certificate for:**
Patent No.: **7,240,569**
Issued: **Jul. 10, 2007**
Appl. No.: **11/241,302**
Filed: **Sep. 28, 2005**

**Related U.S. Application Data**

(60) Provisional application No. 60/614,303, filed on Sep. 28, 2004.

(51) **Int. Cl.**
*G01D 7/00* (2006.01)

(52) **U.S. Cl.** .................................................. 73/862.41

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 6,848,322 B2 | 2/2005 | Scarborough |
| 6,935,196 B1 | 8/2005 | Tumlin |
| 7,155,987 B1 | 1/2007 | Tumlin |

*Primary Examiner*—Sharon Payne

(57) **ABSTRACT**

Load test apparatus for shipping containers comprising a horizontal beam (**200**), the beam having pivotal plate assemblies (**210**) attached to lifting eyes (**330**) or other feature of a container by cables (**130**) or similar means, extending from the pivotal plates to the lifting eyes. The pivotal plates rotate about a horizontal pin (**430**) permitting the pivotal plates to become axially aligned with the cables. The Horizontal beam is forced vertically upward by a plurality of force generating means such as hydraulic cylinders (**120**). The force of the force generating means is applied through a point common to the longitudinal axis of the horizontal beam and the axis of the horizontal pin, thereby eliminating moment loads within components of the assembly. The opposite vertically downward reaction force is applied to the bottom of the container and simulates the force applied by the weight of the typical contents of the container when it is in use.



US 7,240,569 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims 1–18 is confirmed.

New claims 19–27 are added and determined to be patentable.

19. *A container load test apparatus comprising:*

(a) *a horizontal beam having a longitudinal axis and a
transverse axis;*

(b) *two beam supports;*

(c) *means for slidably positioning said beam supports at a
desired location along said longitudinal axis of said
horizontal beam;*

(d) *a cable attachment plate pivotally attached to each of
said beam supports whereby said cable attachment
plate pivots about said transverse axis of said horizontal beam;*

(e) *a plurality of cables extending from a container to
each said cable attachment plate; and*

(f) *means for applying a desired load to said beam and
thereby to said container through said plurality of
cables, wherein the line of action from said applied
load to said beam supports is transmitted from said
beam supports through said cable attachment plate to
said cables and said container so that the resultant of
these forces is transmitted through said horizontal
beam with substantially no moment loads applied on
any of these elements.*

20. *A container load test apparatus comprising:*

(a) *a horizontal beam;*

(b) *two beam supports;*

(c) *means for slidably positioning said beam supports
along the longitudinal axis of said horizontal beam;*

(d) *a vertical lifting support attached to each said beam
support for applying a desired lifting load to each said
beam support;*

(e) *at least two cable assemblies adapted to pivotally connect
each said beam support to the lifting eyes of a
typical basket container; and*

(f) *a cable attachment plate pivotally attached to each
said beam support, each said cable attachment plate*

**2**

*having at least two cable assemblies pivotally attached
to said cable attachment plate.*

21. *The apparatus as recited in claim 20 wherein said
horizontal beam has a plurality of horizontally positioned
adjustment holes bored transverse to the longitudinal axis of
said horizontal beam and wherein said means for slidably
positioning said beam supports at a desired location along
said longitudinal axis of said horizontal beam includes:*

(a) *a beam housing having an opening for slidably receiving
said horizontal beam, said beam housing having a
transverse bore selectively coinciding with a selected
said adjustment hole of said horizontal beam, and*

(b) *a beam support pin for engaging said transverse bore
of said beam housing and said selected adjustment hole
of said horizontal beam whereby said horizontal beam
and said beam housing are held in place at said
selected adjustment hole of said horizontal beam.*

22. *The apparatus as recited in claim 21 wherein each
said cable attachment plate is pivotally attached to each said
beam support by said beam support pin.*

23. *The apparatus as recited in claim 22 wherein each
said cable attachment plate has a plurality of cable attachments
holes for selective attachment of said cable assemblies
to said cable attachment plate.*

24. *The apparatus as recited in claim 23, wherein said
beam support pin may be adjusted to allow said beam support
to slide axially along said longitudinal axis of said horizontal
beam, while said cable attachment plate is still pivotally
attached to said beam support.*

25. *The apparatus as recited in claim 24, wherein the line
of action from the force transmitted from said vertical lift
support through said beam housing is transmitted to said
beam support pin and then through said cable attachment
plate to said cable assemblies to a desired cable attachment
end point so that the resultant of these forces is transmitted
to the horizontal beam through said beam support pin with
substantially no bending moment loads applied on any of
these elements.*

26. *The apparatus as recited in claim 25 wherein each
said vertical lifting support includes:*

(a) *stationary cylinder;*

(b) *a coaxial piston rod extending vertically upward from
the top of said stationary cylinder;*

(c) *a horizontal base plate attached to the base of said
stationary cylinder; and*

(d) *a pump assembly for pressurizing and depressurizing
said cylinder and thereby extending and retracting said
piston rod from said stationary cylinder.*

27. *The apparatus as recited in claim 26 further comprising
a load cell for measuring the load applied to said beam
supports by said piston rods and a load indicator for receiving
a signal from the load cell displaying said applied load.*

* * * * *