IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

| | |
|---|---|
| RANDALL SCARBOROUGH | * |
| | * CIVIL ACTION NO.: 6:12-CV-00396 |
| Plaintiff | * |
| | * |
| VERSUS | * JUDGE REBECCA F. DOHERTY |
| | * |
| | * MAGISTRATE JUDGE C. MICHAEL HILL |
| INTEGRICERT, LLC | * |
| | * |
| Defendant | * |

## AFFIDAVIT OF STEPHEN A. KILLINGSWORTH, P.E.

BEFORE ME, the undersigned Notary, on this day personally appeared Stephen A. Killingsworth, a person whose identity is known to me. After I had administered an oath to him, upon his oath he stated:

1)  My name is Stephen A. Killingsworth. I am a registered professional engineer in the State of Louisiana in the field of mechanical engineering, Louisiana Reg. No. 16,223.

2)  I have reviewed those materials identified at p. 2, "Documents and References," of my expert report in this matter dated March 10, 2016.

3)  I attest under oath to the accuracy of the conclusions expressed in the aforementioned report.

4)  I have reviewed the "Statement of Uncontested Material Facts" that I understand will be attached to the forthcoming Motion for Partial Summary Judgment on Non-Infringement to be filed by IntegriCert, L.L.C. in the above-captioned matter, and in my professional opinion and to the best of my knowledge the facts elucidated therein are accurate.

5)  I have reviewed the "Memorandum in Support" that I understand will be attached to the forthcoming Motion for Partial Summary Judgment on Non-Infringement to be filed by IntegriCert, L.L.C. in the above-captioned matter, and in my professional opinion and to the best of my knowledge the facts elucidated therein are accurate.

6)    The statements of fact contained in this Affidavit are true and correct, and are my personal, unbiased, and professional analysis, opinions, and conclusions.

7)    I have no personal interest in the claim or bias with respect to the parties involved.

_____
Stephen A. Killingsworth, P.E.

**Sworn to and subscribed** before me, the undersigned notary, on this 13th day of June, 2016.

_____
NOTARY PUBLIC

Printed Name: William W. Staggs

Notary # or Bar Roll #: 81613

Parish and State: Lafayette, LA 70503

My Commission Expires: Life