# United States Patent [19]
## Hogan

[11] Patent Number: **4,584,881**
[45] Date of Patent: **Apr. 29, 1986**

[54] **WELD TESTING HEAD**

[75] Inventor: Joseph Hogan, South Bend, Ind.

[73] Assignee: Mac Engineering and Equipment Company, Inc., Benton Harbor, Mich.

[21] Appl. No.: **621,118**

[22] Filed: **Jun. 15, 1984**

[51] Int. Cl.$^4$ .............................................. G01N 3/24
[52] U.S. Cl. ............................................................. 73/842
[58] Field of Search ........................ 73/842, 845, 846; 29/407, 593 (U.S. only)

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,261,783 | 11/1941 | Stull | 73/842 |
| 2,453,576 | 11/1948 | Jacob | 73/845 |
| 4,012,947 | 3/1977 | Tiegel | 73/842 |

*Primary Examiner*—Stewart J. Levy
*Assistant Examiner*—Robert R. Raevis
*Attorney, Agent, or Firm*—Michael, Best & Friedrich

[57] **ABSTRACT**

Disclosed herein is apparatus for testing the weld strength of a battery connection extending through a hole in a battery partition and between first and second lugs located in adjacent parallel relation to the partition and each including an end surface and a pair of side surfaces extending in parallel relation to each other and in transverse relation to the end surface, which apparatus comprises a vertically movable main frame including a holding surface adapted for engagement with the end surface of the first lug, a sub-frame carried by the main frame and movable vertically relative to the main frame, horizontally movable clamping members carried by the sub-frame for clampingly engaging the side surfaces of the second lug to the sub-frame, a cylinder for applying a force for vertically displacing the main frame to engage the holding surface with the end surface of the first lug and to retain the holding surface against vertical movement after engagement with the end surface of the first lug, a second cylinder for applying a force for horizontally displacing the clamping members to clampingly engage the second lug to the sub-frame, and a third cylinder for applying a force for vertically upwardly displacing the sub-frame while maintaining the sub-frame in clamping engagement with the second lug and while maintaining the holding surface in engagement with the end surface of the first lug and against vertical movement, whereby to subject the connection to shearing stress.

**2 Claims, 4 Drawing Figures**





# WELD TESTING HEAD

## BACKGROUND OF THE INVENTION

The invention relates generally to devices for testing the strength of a weld extending through a partition in a battery case and connecting opposed lugs located on opposite sides of the battery case.

Attention is directed to the U.S. Tiegel Pat. No. 4,012,947 issued Mar. 22, 1977 which discloses an arrangement for testing battery welds, which arrangement is limited to applying horizontally directed forces to the opposed side surfaces of the opposed lugs. In the Tiegel arrangement, the forces applied for testing are directed along the horizontal extent of the partition and, on occasions, can subject the partition to twisting and deformation. By comparison, in the construction disclosed hereinafter, the weld connection can be tested by application of opposed vertically directed forces, thereby limiting possible twisting or deformation of the partition.

## SUMMARY OF THE INVENTION

The invention provides apparatus for testing the weld strength of a battery connection extending through a hole in a battery partition and between first and second lugs located in adjacent parallel relation to the partition and each including an end surface and a pair of side surfaces extending in parallel relation to each other and in transverse relation to the end surface, which apparatus comprises a vertically movable main frame including a holding surface adapted for engagement with the end surface of the first lug and for retaining the end surface of the first lug against vertical movement, a sub-frame carried by the main frame and movable vertically relative to the main frame, means carried by the sub-frame and including at least one horizontally movable member for clampingly engaging the side surfaces of the second lug to the sub-frame, means for applying a force for horizontally displacing the clamping member to clampingly engage the second lug to the sub-frame, and means for applying a force for vertically upwardly displacing the sub-frame while maintaining the sub-frame in clamping engagement with the second lug and while maintaining the end surface of the first lug against vertical movement, whereby to subject the connection to shearing stress.

The invention also provides apparatus for testing the weld strength of a battery connection extending through a hole in a battery partition and between first and second lugs located in adjacent parallel relation to the partition and each including an end surface and a pair of side surfaces extending in parallel relation to each other and in transverse relation to the end surface, which apparatus comprises a vertically movable main frame including a holding surface adapted for engagement with the end surface of the first lug, a sub-frame carried by the main frame and movable vertically relative to the main frame, a first clamping member carried by the sub-frame and movable horizontally relative thereto and into engagement with one of the side surfaces of the second lug, a second clamping member carried by the sub-frame for horizontal movement relative thereto and relative to the first clamping member and into clamping engagement with the other of the side surfaces of the second lug so as to clampingly engage the lug therebetween, means for applying a force directed to displace the main frame vertically to engage the holding surface with the end surface of the first lug and to retain the holding surface against vertical movement after engagement with the end surface of the first lug, means for applying a force directed to horizontally displace the clamping members relative to each other to clampingly engage therebetween the second lug, and means for applying a force directed to displace the sub-frame vertically upwardly while maintaining the first and second clamping members in clamping engagement with the second lug and while maintaining the holding surface in engagement with the end surface of the first lug and against vertical movement, whereby to subject the connection to shearing stress.

Other features and advantages of the invention will become known by reference to the following general description, claims and appended drawings.

## THE DRAWINGS

FIG. 1 is a partially schematic side elevation view of one embodiment of a weld-testing apparatus embodying various features of the invention.

FIG. 2 is a side elevational view taken generally along line 2—2 of FIG. 1.

FIG. 3 is a sectional view taken generally along line 3—3 of FIG. 2, and

FIG. 4 is a sectional view taken generally along line 4—4 of FIG. 1.

Before explaining one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of components set forth in the following description or illustrated in the drawings. The invention is capable of other embodiments and of being practiced and carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

## GENERAL DESCRIPTION

Shown in FIG. 1 is a device or apparatus 11 for testing the strength of a welded connection 12 (see FIG. 2) which extends through an opening or aperture 13 in an interior battery partition or wall 15 and which electrically connects two spaced lugs 21 and 23 which extend in parallel relation to each other and in adjacent parallel relation to the opposite sides of the partition 15. Each of the lugs 21 and 23 includes, see FIG. 3, an upper or outer end or edge 31 and, see FIG. 2, a pair of side or vertical edges 33 and 35 which extend in generally parallel relation to each other and in generally perpendicular relation to the outer edge or end 31. In turn, the lugs 21 and 23 are connected to battery plates 41 and the entire assembly is located within an upwardly open battery case 43, shown schematically.

The testing device 11 is adapted to be carried by a generally automatic machine (not shown) having a tool head 51 capable of selective vertical and horizontal movement. In the drawings, the tool head 51 is shown schematically as a vertical member. Suitably connected to the member 51, interiorly of the automatic machine, are first and second (schematically illustrated) fluid cylinders 53 and 55 for moving the head 51 in two directions which are perpendicular to each other, i.e., for example, vertically and horizontally.

Connected to the head 51 for such vertical and horizontal movement is a main frame 61 which, as shown in FIG. 1, is generally of L-shape construction, including

4,584,881

3

a vertical leg or member 63 and a horizontal leg or member 65. The vertical leg or member 63 is connected to the head 51 by a bracket 67 which extends fixedly from the vertical leg or member 63 and is removably attached to the head 51 in any suitable fashion.

The vertical leg or member 63 includes an abutment surface 71 which, in response to suitable movement of the head 51 relative to the battery case 43, is adapted to engage the outer or top end 31 of the lug 21. While other constructions can be employed, in the illustrated construction, the surface 71 constitutes the upper surface of a downwardly open recess 73 adapted to partially telescopically enclose the lug 21 in response to vertical movement which engages the surface 71 with the outer end 31 of the lug 21.

Carried on the main frame 61 for vertical movement relative thereto is a sub-frame 81. In turn, the sub-frame 81 carries means including at least one horizontally movable member for clampingly engaging the sides 33 and 35 of the lug 23, thereby clamping the lug 23 to the sub-frame 81. While other constructions can be employed, in the illustrated construction, such clamping means comprises a pair of clamping jaws of members 83 and 85 which are adapted to clampingly engage the sides 33 and 35 of the lug 23. While other arrangements can be employed, such as movably displacing only one of the clamping members 83 and 85, in the illustrated construction, the clamping members 83 and 85 are both horizontally movable relative to each other and relative to the sub-frame 81.

More particularly, the sub-frame 81 is also of L-shaped construction and includes an upper horizontally extending cross bar or beam 91 and a leg or member 93 fixedly extending downwardly from the upper cross bar or beam 91.

Means are provided for guiding vertical movement of the sub-frame 81 relative to the main frame 61. While various arrangements can be employed, in the illustrated construction, such means comprises a pair of guides or ways 93 provided on the cross beam 91 and a mating pair of guides or ways 94 provided on the vertical leg 63 of the main frame 61.

Means are also provided for selectively displacing the sub-frame 81 vertically relative to the main frame 61. While various arrangements can be employed, in the illustrated construction, such means is provided by a fluid cylinder 95 which extends fixedly from the main frame 61 and which includes a piston rod 97 fixedly connected to the sub-frame 81. Accordingly, fluid actuated movement of the piston (not shown) within this cylinder 95 causes vertical extension and retraction of the cross bar 91 relative to the main frame 61. Any suitable means can be provided for controllably supplying pressure fluid to the cylinder 95.

Means are provided for guiding the jaws 83 and 85 for horizontal movement relative to the cross beam 91. While various arrangements can be employed, in the illustrated construction, such means comprises ways or guides 101 extending horizontally on the cross beam 91 and mating ways or guides 103 on each of the vertically extending jaws 83 and 85.

Means are provided for displacing the jaws 83 and 85 horizontally relative to the cross bar 91. While various arrangements can be employed, in the illustrated construction, such means comprises a first fluid cylinder 105 which is fixed to the vertical leg 93 of the sub-frame 81 and which includes a piston rod 107 which extends through a clearance hole 109 in th jaw 85 and which is

4

fixed to the jaw 83. Accordingly, fluid actuated movement of the piston (not shown) within the cylinder 105 can extend and retract the jaw 83 relative to the vertical leg 87 of the sub-frame 81.

Means are also provided for displacing the other jaw 85 relative to the first jaw 83 in the horizontal direction. While other arrangements can be employed, in the illustrated construction, such means comprises a second fluid cylinder 111 mounted on the first jaw 83 and including a piston rod 113 which is fixedly connected to the second jaw 85. Accordingly, fluid actuated movement of the piston (not shown) within the second cylinder 111 causes extension and retraction of the second jaw 85 relative to the first jaw 83.

Any suitable means can be provided for controllably supplying pressure fluid to the cylinders 105 and 111.

The jaws 83 and 85 respectively include clamping surfaces 121 and 123 which are preferably serrated to minimize relative movement between the jaws 83 and 85 and the lug 23 when the jaws or clamps 83 and 85 are tightly engaged with the side edges 33 and 35 of the lug 23.

The ways 93, 94 and 101, 103 on the main frame 61 and on the sub-frame 81 and on the clamping jaws or members 83 and 85 are arranged so that, when the side surface 130 of the main frame vertical leg 63 is against one side 131 of the partition 15, the side surfaces 133 of the clamping jaws or members 83 and 85 are located adjacent the other side 135 of the partition 15.

In operation, the main frame 61 is first horizontally positioned so as to locate the side surface 130 of the vertical leg 63 of the main frame 61 adjacent to the partition 15. The main frame 61 is then vertically displaced to engage the abutment surface 71 with the outer end 31 of the lug 21.

Next the cylinder 105 is actuated to engage the clamping surface 121 with the side or edge 33 of the lug 23. Subsequently, the cylinder 111 is actuated to engage the clamping surface 123 with the other side edge 35 of the lug 23 with sufficient pressure to tightly clamp the lug 23 between the clamping jaws 83 and 85.

With the outer end 31 of the lug 21 engaged by the surface 71 of the main frame 61, whichsurface 71 acts as a stop, and while the clamping jaws 83 and 85 are tightly clamped to the lug 23, the cylinder 95 is then actuated to lift the sub-frame 81 with a predetermined force sufficient to test the strength of the weld extending through the partition of wall 15. If the weld is of good quality, the force exerted by the cylinder 95 will be insufficient to raise the sub-frame 81 any appreciable amount. If the weld is of poor quality, the force exerted by the cylinder 95 will be sufficient to cause upward displacement of the sub-frame 81 and clamping jaws 83 and 85, thus rupturing the poor weld and thus signifying that the weld was of poor condition.

Various features of the invention are set forth in the following claims.

I claim:

1. Apparatus for testing the weld strength of a battery connection extending through a hole in a battery partition and between first and second lugs located in adjacent parallel relation to the partition and each including an end surface and a pair of side surfaces extending in parallel relation to each other and in transverse relation to the end surface, said apparatus comprising a vertically movable main frame including a holding surface adapted for engagement with the end surface of the first lug and for retaining the end surface of the first lug

against vertical movement, a sub-frame carried by said main frame and movable vertically relative to said main frame, means carried by the sub-frame and including at least one horizontally movable member for clampingly engaging the side surfaces of the second lug to said sub-frame, means for applying a force for horizontally displacing said clamping member to clampingly engage the second lug to said sub-frame, and means for applying a force for vertically upwardly displacing said sub-frame while maintaining said sub-frame in clamping engagement with the second lug and while maintaining the end surface of the first lug against vertical movement, whereby to subject the connection to shearing stress.

2. Apparatus for testing the weld strength of a battery connection extending through a hole in a battery partition and between first and second lugs located in adjacent parallel relation to the partition and each including an end surface and a pair of said surfaces extending in parallel relation to each other and in transverse relation to the end surface, said apparatus comprising a vertically movable main frame including a holding surface adapted for engagement with the end surface of the first lug, a sub-frame carried by said main frame and movable vertically relative to said main frame, a first clamp-

ing member carried by said sub-frame and movable horizontally relative thereto and into engagement with one of the side surfaces of the second lug, a second clamping member carried by said sub-frame for horizontal movement relative thereto and relative to said first clamping member and into clamping engagement with the other of the side surfaces of the second lug so as to clampingly engage the lug therebetween, means for applying a force directed to displace said main frame vertically to engage said holding surface with the end surface of the first lug and to retain said holding surface against vertical movement after engagement with the end surface of the first lug, means for applying a force directed to horizontally displace said clamping members relative to each other to clampingly engage therebetween the second lug, and means for applying a force directed to displace said sub-frame vertically upwardly while maintaining said first and second clamping members in clamping engagement with the second lug and while maintaining said holding surface in engagement with the end surface of the first lug and against vertical movement, whereby to subject the connection to shearing stress.

* * * * *

US005548997A

# United States Patent [19]

## Bauer

[11] Patent Number: 5,548,997
[45] Date of Patent: Aug. 27, 1996

[54] **APPARATUS FOR APPLYING A KNOWN AXIAL FORCE TO A VALVE STEM**

[75] Inventor: **Donald L. Bauer**, Atascadero, Calif.

[73] Assignee: **Westinghouse Electric Corporation**, Pittsburgh, Pa.

[21] Appl. No.: **232,570**

[22] Filed: **Apr. 25, 1994**

**Related U.S. Application Data**

[60] Continuation-in-part of Ser. No. 25,498, Mar. 3, 1993, Pat. No. 5,305,637, which is a division of Ser. No. 753,785, Sep. 3, 1991, Pat. No. 5,199,301.

[51] Int. Cl.$^6$ ............................................. G01M 19/00
[52] U.S. Cl. ................................................. 73/168; 73/806
[58] Field of Search ........................... 73/168, 761, 805, 73/825, 806; 251/129.12, 129.03

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,942,368 | 3/1976 | Hoyt . |
| 3,954,005 | 5/1976 | Edwards . |
| 3,965,736 | 6/1976 | Welton et al. . |
| 4,255,967 | 3/1981 | Crymonprez et al. . |
| 4,428,223 | 1/1984 | Trevisan ........................ 73/168 |
| 4,570,903 | 2/1986 | Crass ............................ 73/168 |
| 4,594,900 | 1/1986 | Pellerin et al. . |
| 4,607,534 | 8/1986 | Cerbone . |
| 4,802,367 | 2/1989 | Petersen et al. ............... 73/805 |
| 4,805,451 | 2/1989 | Leon . |
| 4,831,873 | 5/1989 | Charbonneau et al. ........ 73/168 |
| 4,891,975 | 1/1990 | Charbonneau et al. . |
| 4,911,004 | 3/1990 | Leon . |
| 5,174,152 | 12/1992 | Wohld .......................... 73/168 |
| 5,275,036 | 1/1994 | Schulz et al. ................. 73/168 |
| 5,454,273 | 10/1995 | Smith .......................... 73/168 |

FOREIGN PATENT DOCUMENTS

2086063  5/1982  United Kingdom .

*Primary Examiner*—William A. Cuchllinski, Jr.
*Assistant Examiner*—Andrew Hirshfeld
*Attorney, Agent, or Firm*—David G. Maire

[57] **ABSTRACT**

Method and apparatus for simulating operating conditions on a motor operated valve. The present invention provides a means for simulating actual operating load conditions, such as a simulated accident condition, for valves. An axial force is placed on the valve stem by a hydraulically operating loading system to simulate loading conditions associated with a postulated accident, and the valve operator is actuated. The response of the valve during the simulated loading condition is monitored to ensure that the valve is capable of operating, such as to close or open, in the event of an unusual condition.

**8 Claims, 5 Drawing Sheets**





FIG. 1 PRIOR ART

FIG. 3

FIG. 4



FIG. 2





FIG. 9



FIG. 10

# APPARATUS FOR APPLYING A KNOWN AXIAL FORCE TO A VALVE STEM

This application is a continuation-in-part of application Ser. No. 025,498 filed on Mar. 3, 1993, which is now U.S. Pat. No. 5,305,637, which in turn is a divisional application of Ser. No. 753,785, filed Sep. 3, 1991, now U.S. Pat. No. 5,199,301.

## BACKGROUND OF THE INVENTION

The present invention is in the field of mechanical testing and specifically relates to apparatus for applying a known axial force to a valve stem or to a shaft, the ends of which are not accessible.

At numerous points in a nuclear power plant, the flow of a fluid is controlled by large gate valves. When a considerable pressure difference exists between opposite sides of the gate, frictional forces become large and a large force must be exerted by the valve stem to move the gate. Under emergency conditions the pressure difference may reach very large values, and there is concern as to whether the valve will operate or can be operated safely under those conditions. In particular, there is concern about the force on the valve stem or other components.

FIG. 1 shows the type of valve on which the present invention is used. The operator (actuator) is connected to the valve by a yoke, and the valve stem is located between the two legs of the yoke. Obviously, the force in the valve stem is equal to the sum of the force in the two legs, but opposite in direction. It was well-known, even before U.S. Pat. No. 4,805,451, to install a strain sensor on one of the legs of the yoke to measure its elongation, from which the stress in the valve stem can be calculated based on knowledge of the size and material of the legs of the yoke.

With so much at stake, it would be highly desirable to provide for an independent check of the calculated force in the valve stem. This can be done by calibrating the strain sensor(s) mounted on the leg(s) of the yoke, or other sensors mounted at appropriate points on the valve. The calibration consists in applying a known force to the valve stem and noting the corresponding reading(s) of the strain sensor(s).

Once the reading of the strain sensor has been found for known amounts of force applied to the valve stem, there is a basis for believing that a particular reading of the strain sensor implies a particular amount of force on the valve stem.

In 1985 the U.S. Nuclear Regulatory Commission issued Generic Letter 85-03 which required operability verification of certain safety-related motor operated valves. Results, or lack thereof, from that investigation prompted the Commission to issue in 1989 Generic Letter 89-10 which required extensive verification, through in-depth accident condition testing, of a considerable larger number of motor operated valves. However, accident condition testing, i.e., configuring a plant system (piping, pumps, valves, and controls) to simulate accident conditions is costly, potentially hazardous and, in some cases, virtually impossible to perform without jeopardizing plant equipment integrity. In addition, current regulations propose follow-up testing, perhaps at periodic intervals, according to these same difficult accident conditions. Presently, there is no known method of satisfying all GL 89-10 requirements without actually generating system accident differential pressures across the valve and attempting to cycle the motor operated valve to demonstrate capability.

U.S. Pat. No. 4,891,975 to Charbonneau et al. discloses a prior art method for testing of motor operated valves under simulated loading conditions to determine a power parameter associated therewith. The power parameter is then measured during valve in use. The power parameter measured during imposition of the load is correlated with the power parameter measured during valve in use to provide an indication of thrust load developed in the valve operator during valve in use.

The novel features which are believed to be characteristic of the invention, both as to organization and method of operation, together with further objects and advantages thereof, will be better understood from the following description considered in connection with the accompanying drawings in which several preferred embodiments of the invention are illustrated by way of example. It is to be expressly understood, however, that the drawings are for the purpose of illustration and description only and are not intended as a definition of the limits of the invention.

## SUMMARY OF THE INVENTION

An apparatus for simulating an operating load condition on a valve stem mounted in a valve yoke comprises first and second loading beams positioned on opposite sides of the valve stem and elongated in a direction generally perpendicular to the valve stem, and means connecting the first and second loading beams and holding them together. First and second legs are pivotally connected to said first and second loading beams and extend approximately parallel to the valve stem. A first force means for exerting a force against the first and second loading means to exert a force on the valve stem. Means are provided for adjusting the force exerted on the valve stem, and for measuring the force exerted on the valve stem.

A method of testing a motor operated valve under simulated accident conditions utilizing the apparatus comprises the steps of positioning the loading means on the valve such that a force can be exerted on the valve stem by the adjustable force means. The loading means ia actuated to load the valve operator by exerting a force on the valve stem. The valve is actuated by energizing the operator. The force imposed on the stem is controlled by varying the load provided by the loading means. This load is measured by the load measuring means. Operation of the valve and valve operator under simulated loading conditions is then determined. The method is preferably controlled by a programmable computer, which can automatically vary the loading profile of the force exerting means to simulated valve operation during simulated accident scenarios.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a front elevational view of a valve, known in the prior art, of the type on which the present invention is used;

FIG. 2 is a perspective view showing a means for applying a known load to a valve stem;

FIG. 3 is a side elevational view showing another embodiment of the device in FIG. 2 in use to apply a compressive load in an upward direction to the valve stem;

FIG. 4 is a side elevational view showing the device of FIG. 2 in use to apply a tensile load in a downward direction to the valve stem;

FIG. 5 is a perspective view showing half of the split loading beam used in imposing a load on a threaded valve stem;

FIG. **6** is a perspective view showing half of the split loading beam used in an alternative embodiment of the loading means for use on a threaded valve stem;

FIG. **7** is a perspective view showing parts of force exerting means for use on an unthreaded valve stem;

FIG. **8** is a side elevational view showing parts of the force means in an alternative embodiment for use on an unthreaded valve stem;

FIG. **9** is a side elevational view showing a preferred embodiment of the present invention for testing a valve during simulated loading conditions; and

FIG. **10** is a front elevational view of an alternative embodiment of the present invention.

### DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. **1** shows the type of valve with which the present invention was designed to operate. The valve includes a valve body **12** surmounted by a bonnet **13** from which there extends upwardly a yoke structure having legs **16** and **18**. The yoke structure serves as a mounting for the valve stem **20** and also provides a point of attachment for the actuator **22** that turns the valve stem, or pushes and pulls it, to close and open the valve. Typically, an actuator plate **24** serves to adapt the actuator to the yoke structure.

It is known that a strain sensor **26** can be attached to one leg **16** of the yoke to provide a signal that is related to the thrust exerted on the valve stem **20**.

The device of the present invention applies a force between the valve stem **20** and the body-to-bonnet flange **14** of the valve body.

As shown in FIG. **2**, the valve stem **20** is embraced by the two halves **30**, **32** of the split loading beam which includes provision for gripping the valve stem, as will be discussed below.

The split loading beam is mounted to the blocks **34** and **36** by means of the pivots **38** and **40** respectively. Blocks **34** and **36** are additionally secured to the split beam halves by U-shaped securing straps **41**.

The split loading beam extends through the space between the legs **16**, **18** (not shown) of the yoke, and the blocks **42** and **44** rest on top of the body-to-bonnet flange **14** of the valve body **12**. The threaded rod **46** provides a means for adjusting the axial position of the split beam along the valve stem **20**. Similarly, the block **44**, the threaded rod **48**, and the block **50** provide a means of adjusting the other leg of the device.

An hydraulic actuator **52** is mounted between the block **50** and the block **34**. As is well known in the art, application of pressurized hydraulic fluid to the ram **52** causes the piston of the ram (not visible in FIG. **2**) to extend upward a fraction of a centimeter, pushing the block **34** away from the body **52** of the hydraulic ram. The screws **37**, **39** serve to couple block **34** to the hydraulic ram **52** and to keep the hydraulic ram positioned directly under the block **34**. The force exerted by the hydraulic ram is transmitted through the block **34** and the split loading beam to the valve stem. A pressure gauge **56** measures the hydraulic pressure, from which the magnitude of the force exerted by the hydraulic ram can be calculated.

In an alternative embodiment, air pressure can be used in place of pressurized hydraulic fluid to operate the actuator **52**. In another embodiment, the hydraulic actuator **52** can be replaced entirely by a mechanical jack.

In another embodiment, the force exerted by the hydraulic actuator **52** is determined by inserting an instrumented strain button (not shown) in series between the hydraulic actuator **52** and the block **34**.

In still another embodiment, the force exerted on the valve stem **20** can be measured by a longitudinally-mounted strain gauge (not shown) on the underside of either of the halves **30**, **32** of the split loading beam.

FIGS. **3** and **4** show the device of FIG. **2** in use. In FIG. **3**, the blocks **42**, **44** bear against the top of the body-to-bonnet flange **14** and the hydraulic actuator exerts an upward force on the valve stem. In FIG. **4**, the apparatus is inverted for the purpose of applying a downward force on the valve stem. In this latter use, it is convenient to use the connecting supports **55**, **57** for the hydraulic actuator to bear against.

Also as shown in FIGS. **3** and **4**, blocks **42**a and **44**a are modified so as to be securable to the valve flange **14**. Holes (not shown) are provided in the blocks **42**a, **44**a so that the valve building bolt nuts **58** can secure the blocks to either the top (FIG. **3**) or bottom (FIG. **4**) of the flange **14**. In this manner, the device is prevented from moving relative to the valve during loading. Also in FIG. **4**, securing straps **41**a mounting the blocks **34**, **36** and ram **52** to the split beam halves **30**, **32** are longer to reach to blocks **59** which are secured to legs **55** and **57**.

FIGS. **5** and **6** show two different embodiments of one of the halves of the split loading beam for use in obtaining a grip on a threaded valve stem. In the embodiment of FIG. **5**, the half **30** includes a threaded section **60**. In the embodiment of FIG. **6**, the half **30** includes a cavity **62** for holding half of a split nut **64**.

The embodiments shown in FIGS. **7** and **8** show ways of obtaining a grip on a smooth valve stem **66**.

In the embodiment of FIG. **7**, the blocks **70** and **72** are drawn together by the bolts **74** and **76** so that the blocks nightly grip the smooth valve stem **66**. The split loading beam, which in this embodiment includes a clearance hole for the valve stem, is then brought up axially against the blocks **70**, **72**.

In the embodiment of FIG. **8**, the smooth valve stem **66** is gripped by the wedges **78** and **80** that are contained in a tapered cavity **82** within the halves **30**, **32** of the split loading beam.

Referring now to FIG. **9**, the use of a force exerting means of the type described in applying a load to valve stem and valve operator under simulated accident conditions will now be described in more detail. The force exerting means **101** preferably comprises a double acting hydraulic cylinder **104** attached to one of the legs **55**. The hydraulic cylinder **104** is operably connected to an hydraulic fluid supply **107** comprising a pump PMP and an accumulator ACC via a series of solenoid operated valves SOV A, SOV B, SOV C, and two relief valves RV1 and RV2, the operation of which is described in more detail below. A strain sensor **110**, preferably mounted to the stem **20**, is provided for measuring the force exerted thereon during operation. A pressure transducer PT also provides feedback information of the force exerted by the hydraulic cylinder **104**. The system is under the control of a computer **113**, which provides for a pre-programmed loading profile to be administered to the valve during testing. Inputs to and from the computer **113** are via a signal conditioner/power supply SC/PWR. In FIG. **9**, hydraulic lines are represented by solid lines and electrical connections are represented by dotted lines.

The present invention addresses the major issues of providing a method and apparatus for testing a motor

5,548,997

5

operated valve under simulated accident conditions. With the hydraulic load simulator of the present invention one can simulate loading conditions on a valve, such as that might occur during postulated accident conditions, on the electrically powered motor operator. The two halves **30,32** of the split loading beam of the hydraulically operated apparatus is connected to the valve and valve stem as described above. Preferably, a pre-programmed loading profile is established and installed in the memory of the portable computer. The loading profile positions the solenoid valves SOV A, SOV B AND SOV C in the hydraulic cylinder circuit to restrict fluid bleed rate from the cylinder **104** as the operator is actuated to move the stem in either the open or closed direction. This serves to load the operator to any time-dependent variable load. With this capability, actual load profiles determined at less severe conditions can be increased by the computer to simulate operation under accident conditions.

A typical single stroke operation of the motor operated valve loading simulator could be performed according to the following steps. The valve is placed in the full open position. Solenoid operated valve SOV A is placed in the closed position, while solenoid operated valve SOV B is placed in the open position. Solenoid operated valve SOV C, also referred to as the diverting valve, is positioned to pass hydraulic fluid from the pump PMP through SOV C and SOV B to the hydraulic cylinder **104** along hydraulic line **116**. The pump PMP is then started to pressurize the hydraulic cylinder **104** to place an upwardly directed load on the valve stem **20** which in turn loads the operator to normal closing thrust at the start of the cycle. A pressure profile associated with any particular thrust profile is maintained within the computer memory, and the thrust profile is generated during specific differential pressure testing, actual or extrapolated, or developed from generic data. The pressure transmitter PT provides feedback information to the computer **113**. The SOV B is then closed and the pump PMP stopped. The SOV C is then positioned so as to bleed hydraulic fluid from the cylinder through SOV B to the accumulator via line **119**. The operator is energized and stem loading is controlled by throttling SOV B to restrict hydraulic cylinder **104** bleed rate as the operator pulls the loading beams **30,32** downward, thus pulling the hydraulic cylinder piston (not shown) downward as well. The strain sensor **110** on the stem **20** provides loading level feedback to the computer **113** for continuous loading control. SOV A is to be opened after the start of the cycle to receive hydraulic fluid exchanged as the piston is moved to the opposite end of the cylinder. Relief valves RV1 and RV2 prevent overloading of the device and/or the valve operator and stem.

In an alternate embodiment of the invention, as shown in FIG. 10, a hydraulic cylinder **204** is mounted on an adjustable support **213** which in turn is mounted on top of a valve motor operator (not shown). A threaded rod **210** is threaded into the end of the valve stem **211** which is exposed at the top of the motor operator (not shown). The opposite end of the threaded rod **210** is connected to an instrumented coupler **207** which, in turn, is connected to the hydraulic cylinder **204**. As in the previous embodiment, a pre-programmed loading profile is administered by a computer to position the solenoid valves in the hydraulic circuit as the operator is moved in either direction. The instrumented coupler **207** provides loading level feedback to the computer for the continuous loading control. The cylindrical, adjustable supports **213** includes an access window **216** for the installation of the instrumented coupler and attaching collar. Overall operation of this embodiment is similar to the operation of the embodiment shown in FIG. **9**.

6

According to the present invention, margins above accident conditions can be imposed to assure accident condition operational capabilities, an assurance not presently achievable with current methods and apparatus. Industry generated or vendor provided loading profiles may be acceptable, thereby eliminating the need to individually generate plant specific or valve specific profiles. Periodic re-verification using the simulator could eliminate the need also to perform difficult and costly operational flow tests, which is another operating condition that can be simulated on a valve operator by the present invention. Operational testing required when certain maintenance is performed or when operator or valve parts are replaced could be satisfied by simulating maximum loading to ensure motor operated valve capability.

In addition to simulating accident loading conditions on a motor operated valve, the present invention can also be used to resolve other operational concerns, such as pre-testing of re-built actuator parts, degraded voltage testing, and troubleshooting.

Re-building of motor operated valve operators, which includes spare parts for future installation or active operators which are being overhauled, is usually performed in a plant's maintenance machine shop. Since loaded operability testing is delayed until the operator is re-installed on the valve in the field, re-build and defective component errors are discovered at a most inopportune time. In this instance the operator must then be removed and returned to the machine shop or disassembled in the field for subsequent repairs. With the loading simulator of the present invention, a several cycle run-in test, as part of the re-build operation, could be quickly and easily conducted while the operator is still in the shop. Any errors or defective parts can be conveniently corrected. Since the operator's future location when it is reinstalled would typically be known, a test which includes the valve operator's expected accident differential pressure loading profile could be imposed on the operator. This can be done for several iterations, to verify operability before the operator is removed from the maintenance area and re-installed on the valve. Pre-setting of valve operator torque and limit switches could also be accomplished prior to re-installation.

Another current concern is over the operability of the valve under de-graded voltage conditions. This could also be easily investigated on each re-built operator. Supplying other than line voltage in the field on an installed motor operator is difficult. However, supplying a reduced voltage in the maintenance machine shop can be easily accomplished. The hydraulic load simulator of the present invention would be used to impose accident loading conditions, or other loading profiles, while the operator was powered in the shop at the minimum accident voltage. Low voltage operability would then be proven and not have to be calculated based upon other operational parameters.

A valve operator may falter or fail under process condition loading but will perform flawlessly when a technician is sent to the field to investigate the valve. This usually occurs under static conditions. This can result when process pressures, temperatures and flows are re-routed as a result of a valve failure and are not present during the troubleshooting test. In this case, the hydraulic simulator can be quickly moved into the field and installed on the suspect valve. The device would then be utilized to supply the variable loading necessary to exercise and locate the load sensitive failed component.

The foregoing detailed description is illustrative of several embodiments of the invention, and it is to be understood

5,548,997

that additional embodiments thereof will be obvious to those skilled in the art. The embodiments described herein together with those additional embodiments are considered to be within the scope of the invention. Certainly there are other numerous applications for the hydraulic simulator of the present invention. The above examples are included simply to illustrate the versatility and operational testing techniques that the present invention can perform.

I claim:

1. A method of testing a motor operated valve having a valve operator and a valve stem, the method comprising the steps of:

   providing a means for exerting an adjustable force on an object;

   positioning said adjustable force means on said valve such that said force can be exerted on said valve stem by said adjustable force means;

   operating said adjustable force means to exert said force on said valve stem prior to actuating said valve operator;

   without releasing said force, actuating said valve operator to cause said valve stem to move;

   varying said force as said valve stem moves in accordance with a predetermined loading profile; and

   monitoring the operation of said valve.

2. The method of claim 1, wherein electric power is supplied to said valve operator at a degraded voltage during the step of actuating said valve operator.

3. The method of claim 1, wherein said predetermined loading profile simulates accident loading conditions on said valve.

4. The method of claim 1, wherein said predetermined loading profile simulates flow test conditions on said valve.

5. The method of claim 1, further comprising the step of providing a load sensing device for sensing a load in said valve stem, said load sensing device operable to provide a signal corresponding to the load in said valve stem, and

   using said signal as feedback for controlling said force in accordance with said predetermined loading profile.

6. A method of testing a valve motor operator having a valve stem comprising the steps of:

   placing said valve motor operator in a shop maintenance environment;

   providing a hydraulic cylinder operable to exert a force on an object;

   connecting said hydraulic cylinder to said valve stem;

   operating said hydraulic cylinder to exert said force on said valve stem prior to actuating said valve operator;

   without releasing said force, actuating said valve operator to cause said valve stem to move;

   varying said force as said valve stem moves in accordance with a predetermined loading profile; and

   monitoring the operation of said valve operator.

7. The method of claim 6, wherein the step of connecting said hydraulic cylinder to said valve stem further comprises the steps of:

   connecting an instrumented coupler between said valve stem and said hydraulic cylinder, said coupler operable to provide a signal corresponding to said force;

   using said signal as feedback for controlling said force in accordance with said predetermined loading profile.

8. The method of claim 6, wherein electrical power is supplied to said valve operator at a degraded voltage during the step of actuating said valve operator.

\* \* \* \* \*