IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

| | |
|---|---|
| **RANDALL SCARBOROUGH** | * |
| | * CIVIL ACTION NO.: 6:12-CV-00396 |
| Plaintiff | * |
| | * |
| **VERSUS** | * JUDGE REBECCA F. DOHERTY |
| | * |
| | * MAGISTRATE JUDGE PATRICK J. HANNA |
| **INTEGRICERT, LLC** | * |
| | * |
| Defendant | * |

**MOTION FOR PARTIAL SUMMARY JUDGMENT
OF INVALIDITY OF U.S. PATENT NOS. 6,848,322 AND 7,284,447**

NOW INTO COURT comes Defendant, IntegriCert, L.L.C., through undersigned counsel, who respectfully moves this Court, under Federal Rule of Civil Procedure 56, for Summary Judgment that the original and reexamined claims of United States Patent Numbers 6,848,322 ("the '322 Patent") and 7,284,447 ("the '447 Patent") are invalid.

There are no issues of material fact relating to the invalidity of the '322 and '447 Patents. In view of the overwhelming prior art which anticipates or in combination renders obvious each and every claim of the '322 and claims 14-15, 26-28, and 30-31 of the '447 Patent, IntegriCert, L.L.C. is entitled to judgement as a matter of law that the '322 and '447 Patents are invalid.

WHEREFORE, for the reasons set forth herein, and as more fully explained in IntegriCert's Memorandum in Support, IntegriCert prays for an Order finding that, since there are no genuine issues of material fact, IntegriCert is entitled to judgment as a matter of law, and granting Summary Judgment in its favor, declaring that each and every claim of the '322 and claims 14-15, 26-28, and 30-31 of the '447 Patent are invalid.

Respectfully submitted,

/s/William W. Stagg _____
William W. Stagg, T.A. (#1613)
Ryan M. Goudelocke (#30525)
Chase A. Manuel (#34223)
*Durio, McGoffin, Stagg & Ackermann*
220 Heymann Boulevard
Lafayette, Louisiana 70503
Telephone: (337) 233-0300
Facsimile: (337) 233-0694
*Attorneys for IntegriCert, LLC*

## **CERTIFICATE OF SERVICE**

I certify that I have, this 13th day of June, 2016, provided all parties with a copy of the foregoing pleading by means of the Western District's CM/ECF electronic filing system.

_____/s/ William W. Stagg_____
**William W. Stagg**